## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

LASHA DARA GUESS                                                    PLAINTIFF

V.                                  No. 4:20-CV-887-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                     DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE